# United States Court of Appeals

### For the Eighth Circuit

_____

## No. 19-2403

_____

Mary Broadus, on behalf of KZJ and as Trustee for the next of kin of KZJ

*Plaintiff - Appellee*

v.

Richard A. Johnson, in his individual capacity; Hennepin County, Minnesota; Krystina Pena, in her individual capacity; Jane Does 1-6, in their individual and official capacities

*Defendants*

------------------------------

Kenneth Devon Lewis, Paternal Grandfather

*Objector - Appellant*

Dareesha Waddell; Loretta Gilbert, Paternal Grandmother; Latrice Johnson, Aunt; Erica Johnson, Aunt; Sheena Gilbert, Aunt; Dorothy Helen Cantry, Great Grandmother; Lynda Kordovsky, Great Grandmother; Dreese Waddell, Maternal Grandfather; Jaterriah Waddell, Great Aunt; CTJ, Half Brother

*Objectors*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: April 30, 2020
Filed: May 5, 2020
[Unpublished]
_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Kenneth Lewis appeals after the district court[1] approved, over his objection, a settlement and the distribution of the settlement proceeds in this 42 U.S.C. § 1983 action related to the death of his granddaughter. In his pro se briefs, Lewis argues only that his attorneys in the proceedings below "denied [him] effective assistance." Having carefully reviewed the record and the arguments on appeal, we find no basis for reversal. See Glick v. Henderson, 855 F.2d 536, 541 (8th Cir. 1988) (there is no constitutional or statutory right to effective assistance of counsel in civil cases). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota.

-2-